UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION and )<br>AVNET, INC., )<br>)<br>Defendants. )<br>_____ ) | CIV-F-06-0680 AWI SMS<br><br>ORDER VACATING HEARING DATE OF<br>JULY 24, 2006 AND TAKING MATTERS<br>UNDER SUBMISSION |

    Plaintiff Foster Poultry Farms has made a motion to remand the case to state court. Defendant Avnet has made motions to dismiss under Fed. R. Civ. Proc. 12(b)(7) and to transfer venue to the District of New Hampshire. Defendant IBM has joined both of Avnet's motions. Avnet and Foster have filed oppositions and replies to opposing parties' motions. The hearing for the motion was set for July 24, 2006 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 24, 2006, is VACATED, and no party shall appear at that time. As of July 24, 2005, the court will take the matter under submission and will thereafter issue its decision.

/ / /

/ / /

1

1  IT IS SO ORDERED.

2  **Dated:     July 20, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE